opinion
filed December 30, 1948; rehearing denied January 21, 1949; released
for publication January 21, 1949. Edward B. Henslee, for appellant;
Francis H. Monek and Melvin L. Griffith, of counsel; Theodore Schmidt,
P. J. Cronin and Barrett, Barrett, Costello & Barrett, for appellee;
John W. Costello and Wendell H. Shanner, of counsel. Opinion by PRE-
SIDING JUSTICE BURKE. Not to be published in full.

## Rosario Gallo, Appellant, v. Baltimore and Ohio Chicago Terminal Railroad Company and North Western Railway Company, Appellees.

### Gen. No. 44,558.

opinion
filed December 30, 1948; released for publication January 21, 1949.
Harold E. Marks, for appellant; Rawlins & Wright and E. W. Lade-
mann, for certain appellee; Fay Warren Johnson, of counsel; Lowell
Hastings and Drennan J. Slater, for certain other appellee. Opinion by
JUSTICE KILEY. Not to be published in full.